CAROL C. LAM
United States Attorney
WILLIAM A. HALL, JR.
Assistant U.S. Attorney
California State Bar No. Pending
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7046

Attorneys for Plaintiff
United States of America

FILED
ORIGINAL
JAN 23 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>LIZETH KARINA VILLACANA-ORTIZ,<br><br>　　　　　Defendant. | Criminal Case No. 06-CR-2733<br><br>MOTION AND PROPOSED ORDER TO DISMISS WITHOUT PREJUDICE |

### MOTION TO DISMISS

COMES NOW the United States Attorney, Carol C. Lam, and Assistant U.S. Attorney, William A. Hall, Jr., and hereby moves to dismiss, without prejudice, the complaint against the above-named defendant in the interest of justice.

DATED: January 11, 2007

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　CAROL C. LAM
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　WILLIAM A. HALL, JR.
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

## ORDER

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the complaint in criminal case number 06-CR-2733, be dismissed, without prejudice, as to defendant Lizeth Karina Villacana-Ortiz.

IT IS FURTHER ORDERED that any bond set be exonerated.

IT IS FURTHER ORDERED that any future hearing dates be vacated.

DATED: 1/23/07

THE HON. JAN M. ADLER
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
 )
vs )  CASE NUMBER  06cr2733
 )
Lizeth Villicana- )  ABSTRACT OF ORDER
Ortiz )
 )  Booking No. _____
 )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __1-23-07_____

the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__✓__ Case Dismissed.  as to this dft only

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

UNITED STATES MAGISTRATE JUDGE

OR

Received _____   W. SAMUEL HAMRICK, JR.   Clerk
 DUSM                          by
                                  Deputy Clerk

Crim-9   (Rev 6-95)                                ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY